UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

FILED
NOV 21 2013
BY MAIL

| | | |
|---|---|---|
| Nicholas Nelson :Uriel-Bey., LIVING-TRUST [AUTHORIZED REPRESENTATIVE] of the NICHOLAS SANDOR NELSON, [ESTATE],<br>　　Plaintiff<br><br>　　　　　　　　　　v.<br><br>VASSALS IN THE POSITION OF THE FIDUCIARY, JOHN BERNSEN, BEN PETROV, CITY OF PINE LAWN and et al...,<br>　　Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No._____<br>(To be assigned by Clerk of District Court) |

## COMPLAINT

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   5 USC Sub Section 576 - Enforcement of arbitration agreements

II. Plaintiff, Nicholas Nelson :Uriel-Bey. resides at c/o 3329 California Avenue, Louisiana Territory, NON-DOMESTIC WITHOUT THE UNITED STATES in the county of [near 63118]

III. Defendant(s),

   VASSALS IN THE POSITION OF THE FIDUCIARY lives at, or its business is located at 6250 STEVE MARRE AVENUE, PIN LAWN, MO 63121

   JOHN BERNSEN lives at, or its business is located at 6250 STEVE MARRE AVENUE, PINE LAWN, MO 63121

   BEN PETROV lives at, or its business is located at 6250 STEVE MARRE AVENUE, PINE LAWN, MO 63121

   CITY OF PINE LAWN lives at, or its business is located at 6250 STEVE MARRE AVENUE, PINE LAWN, MO 63121

   et al... lives at, or its business is located at 6250 STEVE MARRE AVENUE, PINE LAWN, MO 63121

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how

each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

1. OFFICERS JOHN BERSEN & BEN PETROV: Racial Profiling by pulling Plaintiff over every time I travel through their municipality; Lack of Probable Cause by detaining me while parked in a hotel parking lot; Lack of Warrant or Consent by searching my vehicle; Piracy by the act of hauling off my vehicle which was already parked in a parking lot and not a hindrance to traffic; Impersonating a Peace Officer by failure to show proof (Oath of Office); False Arrest by failure to read Miranda Rights; Attempted Kidnapping for Ransom by holding me against my will in their jail without reading the charges or declaring that I was under arrest; Falsification of Documents / Fraud by issuing a Bond Receipt that does not reflect the actual amount of the bond paid; Tax Evasion by failure to provide 1099OID, 1099A, 1099C or W9, Intimidation by placing hands on guns, False Accusations by their supervisor who said that I "had money" to pay

2. CITY OF PINE LAWN MUNICIPAL COURT: Lack of Due Process by ignoring a Writ of Discovery, Writ Quo Warranto, FOIA & Missouri Sunshine Law Request for copies of documents related to cases 130 748247 and 130 746584 so that I may prepare a defense; Wrong Venue by failure to respond to Motion to Dismiss for Lack of Jurisdiction; Excess of Authority by failure to provide Delegation of Authority Order or Oaths of Office; Lack of Financial/Fiduciary Responsibility by failure to provide public hazard bond; Running a Closed Union Shop by requiring Plaintiff to be represented by an attorney (member of the bar association/union); Lack of a Verified Complaint by an injured party; Breach of Contract (Right of Rescission) by continuing procedures AFTER failure to reply to return of their documents / contract offers; Cruel and Unusual Punishment, Threat and Conclusion Before the Facts by stating that I will be "locked up" if I do not waive my rights by hiring an attorney, Administrative Default by failure to respond to a 1st Notice (Writ of Discovery 9/24/13), 2nd Notice of Fault (Writ Quo Warranto & FOIA 10/11/13), and 3rd Notice of Default (Consent to Judgment 11/4/13)...

V. Relief: State briefly and exactly what you want the Court to do for you.

Enforce the Complaint in the Nature of a Writ of Habeas Corpus, Summary Judgment Order for the Striking of the Documents: Dismiss their Case / Vacate Position for Failure to State a Claim Upon Which Relief Can Be Granted and Lack of Jurisdiction concerning American Nationals (Moors): Notice St Louis County Recorder of Deeds # 2012061200485; Zeroing of all liabilities; Freedom of this Claimant; Void of any

Continuance of said proceedings; Protection Order against Retaliation; and Return of all Property (Driver's License, etc.).  Monetary Relief of ~25,000~999.9-PURE-FINE-GOLD-BAR-GRAMS (current market value: $1,609,250.00) is only requested if defendants fail to comply with any portion of this request.

VI.   MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?   yes

Monetary Relief of ~25,000~999.9-PURE-FINE-GOLD-BAR-GRAMS (current market value: $1,609,250.00) is only requested if defendants fail to comply with any portion of this request because defendants have put my livelihood in jeopardy, deprived my wife and children means of transportation, emotional duress, stress and fear to travel through Pine Lawn or even go to their courts to administrate this matter, fear of retaliation; it is required that said agency post a $1.5 million bond for each allegation; and only monetary fines/penalties can act to urge privateers of revenue generating schemes to abide by the law.

VII.   Additional Information:

I have proof of my administrative procedures and exhaustion of available remedies - one cannot expect justice from those who violate contracts and due process.

_Nicholas Nelson :Uriel-Bey._        [ November 20, 2013 ]
Nicholas Nelson :Uriel-Bey., LIVING-TRUST        Date
:NATIVE-AMERICAN-NATIONAL: MUUR
[AUTHORIZED REPRESENTATIVE / ATTORNEY-IN-FACT]
For The NICHOLAS SANDOR NELSON, [ESTATE]
[ALL RIGHTS RESERVED: UCC 1-207/1-308]
:COPYRIGHT/CLAIM~[2013 AD]~1433-Moorish-Calander~12,961-A.-M.
~1787/~1836-TREATIES: PEACE & FRIENDSHIP